CITIZENS' PERMANENT SAVINGS AND LOAN ASSOCIATION, Appellant, *v.* CHARLES W. RAMPE, Respondent.

*Citizens' Permanent S. & L. Assn.* v. *Rampe,* 79 App. Div. 644, affirmed. (Argued December 15, 1904; decided December 30, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 15, 1903, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Wilbur F. Osborn* for appellant.

*William M. Bates* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN and WERNER, JJ.    Absent: HAIGHT, J.